DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ACE WEINTRAUB,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2231

[April 5, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case Nos. 2009CF002852AXXXMB; 2009CF014637AXXXMB & 2009CF014738AXXXMB.

David Jay Bernstein, Deerfield, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***